UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                CASE NO. 16 B 00283
                                                                      CHAPTER 13
ISIDRO O MAGANA
                                                                      JUDGE DONALD R CASSLING

    DEBTOR                                                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, M. O. MARSHALL files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK TRUST NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 30 | XXXXXX9330 | $37,248.30 | $37,248.30 | $37,248.30 |
| Total Amount Paid by Trustee | | | | | $37,248.30 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit              **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-00283-DRC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 EAST MONROE, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 23rd day of December, 2020.

Debtor:
ISIDRO O MAGANA
8217 CARLISLE DR
HANOVER PARK, IL 60133

Attorney:
JOYNER LAW OFFICE
120 S STATE ST #200
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Creditor:
US BANK TRUST NA
% BSI FINANCIAL SER
314 S FRANKLIN ST 2ND FL
PO BOX 517
TITUSVILLE, PA 16354

Mortgage Creditor:
PIERCE & ASSOC
1 N DEARBORN # 1300
CHICAGO, IL 60602

Creditor:
US BANK TRUST NATIONAL ASSOC
% BSI FINANCIAL SER
1425 GREENWAY DR #400
IRVING, TX 75038

Mortgage Creditor:
SOTTILE & BARILE
394 WARDS CORNER RD #180
LOVELAND, OH 45140

ELECTRONIC SERVICE - United States Trustee

Date: December 23, 2020

/s/ M. O. MARSHALL
M. O. MARSHALL
CHAPTER 13 TRUSTEE
55 EAST MONROE, SUITE 3850
CHICAGO, IL 60603