**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Isidro O. Magana |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern   District of Illinois (State) |
| Case number | 16-00283 |

# Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:   Mortgage Information**

| | |
|---|---|
| **Name of creditor:** | U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust |

**Court claim no.** (if known): 3-3

**Last 4 digits** of any number you use to identify the debtor's account:   9   3   3   0

**Property address:**   8217 Carlisle Dr.
Number      Street

Hanover Park      IL      60103
City          State      ZIP Code

---

**Part 2:   Prepetition Default Payments**

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

---

**Part 3:   Postpetition Mortgage Payment**

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   01 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:      (a)   $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b)   $ _____

c. **Total.** Add lines a and b.      (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

---

| Debtor 1 | Isidro O. Magana | | Case number *(if known)* | 16-00283 |
| | First Name   Middle Name   Last Name | | | |

---

**Part 4:**   **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**   **Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✗ /s/ Molly Slutsky Simons | | Date | 01 / 13 / 2021 |
| Signature | | | |

| Print | Molly Slutsky Simons | Title | Attorney for Creditor |
| | First Name   Middle Name   Last Name | | |

| Company | Sottile and Barile, Attorneys at Law | |

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 394 Wards Corner Road, Suite 180 | | |
| | Number        Street | | |
| | Loveland | OH | 45140 |
| | City | State | ZIP Code |

| Contact phone | ( 513 ) 444 – 4100 | Email | bankruptcy@sottileandbarile.com |

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                          Case No. 16-00283

Isidro O. Magana                                Chapter 13

Debtor.                                         Hon. Judge Donald R. Cassling

---

### CERTIFICATE OF SERVICE

---

The undersigned, an attorney, hereby certifies that I have served a copy of this Response to Notice of Final Cure Payment upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on January 13, 2021, before the hour of 5:00 p.m.

>Veronica D. Joyner, Debtor's Counsel
>vdjoyner@joynerlawoffice.com
>
>M.O. Marshall, Trustee
>ecf@55chapter13.com
>
>Patrick S Layng, U.S. Trustee
>ustpregion11.es.ecf@usdoj.gov
>
>Isidro O. Magana, Debtor
>8217 Carlisle Drive
>Hanover Park, IL 60133

Dated: January 13, 2021                   Respectfully Submitted,

                                          /s/ Molly Slutsky Simons
                                          Molly Slutsky Simons (OH 0083702)
                                          Sottile & Barile, Attorneys at Law
                                          394 Wards Corner Road, Suite 180
                                          Loveland, OH 45140
                                          Phone: 513.444.4100
                                          Email: bankruptcy@sottileandbarile.com
                                          Attorney for Creditor